IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.     Cr. No. H-22-483

**JERMAIRE COLWELL**

## UNOPPOSED MOTION FOR CONTINUANCE

Jermaire Colwell, moves this Court for a 90-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Jermaire Colwell is charged with conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. § 846 and 841(b)(1)(A)(ii)(II). The pretrial motions deadline is November 2, 2022, the pretrial conference is set for December 23, 2022, and trial is set for December 27, 2022.

Discovery in this case is ongoing, and undersigned counsel has begun her own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete her investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Ms. Colwell.

Jermaire Colwell respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

Ms. Colwell is out on bond and is in compliance with all conditions.

The government is unopposed to this Motion for Continuance.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

    By /s/ Tatiana Obando
    Tatiana Obando
    Assistant Federal Public Defender
    Attorney-in-Charge
    New York State Bar ID No. 5068671
    Southern District of Texas No. 3326657
    Attorneys for Defendant
    440 Louisiana, Suite 1350
    Houston, Texas   77002-1056
    Telephone:  713.718.4600
    Fax:             713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Richard Hanes and determined that the United States is unopposed to this motion for continuance.

/s/ *Tatiana Obando*
Tatiana Obando

## CERTIFICATE OF SERVICE

I certify that on November 2, 2022, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Richard Hanes.

/s/ *Tatiana Obando*
Tatiana Obando